**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BRIAN ROY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **1:10-cv-00296-GJQ** |
| | ) | |
| **v.** | ) | **Judge Quist** |
| **BUREAU OF COLLECTION** | ) | |
| **RECOVERY, LLC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT</u>**

NOW COMES the Plaintiff, BRIAN ROY, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that the dismissal of the above captioned matter be *<u>without</u>* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this Notice of Dismissal.

4. Plaintiff further requests that if this case has not been reinstated within forty-five (45) days from the date of entry of this Notice, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *<u>without</u>* prejudice to a dismissal *<u>with</u>* prejudice.

Respectfully submitted,
**BRIAN ROY**

By:    s/ David M. Marco
             Attorney for Plaintiff

Dated: April 26, 2010

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:   (312) 222-9028 (x812)
Facsimile:    (888) 418-1277
E-Mail:        dmarco@smithlaw.us