IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN ROY,** | ) |
| Plaintiff, | ) 1:10-cv-00296-GJQ |
| v. | ) Judge Quist |
| **BUREAU OF COLLECTION RECOVERY, LLC.,** | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

/s/ Gordon J. Quist
Hon. Gordon J. Quist
United States District Judge

Dated: April 28, 2010